

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00825-CV

**IN THE INTEREST OF C.D.M. AND A.P., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02692
The Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

The reporter's record was due November 9, 2018, but was not filed. By statute, this appeal is accelerated, and is to take precedence over other matters. *See* TEX. FAM. CODE ANN. § 109.002(a-1). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Moreover, extensions granted by this court "must not exceed 30 days cumulatively, absent extraordinary circumstances." *Id.* R. 28.4(b)(3). Rule 28.4(b)(3) makes no distinction between bench and jury trials. *See id.*

On November 14, 2018, we ordered court reporter David Zarate to file this reporter's record on or before November 26, 2018. On the due date, reporter Zarate filed "Volume 2 of 2" with this court. The clerk's office of this court conducted additional inquiries and ultimately determined that reporter Angie R. Jimenez is responsible for preparation of the remaining portion of the court reporter's record.

We therefore **ORDER** court reporter Angie R. Jimenez to file her portion of the reporter's record in this court **on or before December 10, 2018**. With regard to termination appeals, in addition to the responsibility imposed on the trial court under Rule 35.3(c) — trial court is jointly responsible for ensuring the appellate record is timely filed — **the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record.** *Id.* 28.4(b)(1). **The trial court must arrange for a substitute reporter if necessary to ensure the reporter's record is timely filed.** *Id.*

We **order** the clerk of this court to serve a copy of this order on all counsel, court reporter Angie R. Jimenez, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court